

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-12-00753-CR

Trial Court Cause
Number:    1255839

Style:    Brandon James Joseph

**v** The State of Texas

Date motion filed[*]:    April 19, 2013

Type of motion:    Extension of Time to File Pro Se Anders Response

Party filing motion:    Appellant

Document to be filed:    Pro Se Anders Response

Is appeal accelerated? ☐ Yes  ☐ No

If motion to extend time:

    Original due date:    April 22, 2013

    Number of previous extensions granted:    0

    Date Requested:    May 31, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  May 31, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒  Other: The Clerk of the Court is directed to send appellant a copy of the record.

Judge's signature: /s/ Jane Bland

        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Jennings, Bland, and Massengale

Date: April 30, 2013